■ Jian-Guo Yu et al., Plaintiffs, v Greenway Mews Realty L.L.C., Defendant/Third-Party Plaintiff-Respondent, et al., Defendants. UAD Group, Third-Party Defendant-Appellant, et al., Third-Party Plaintiff. [19 NYS3d 744]—

Order, Supreme Court, New York County (Martin Shulman, J.), entered January 16, 2015, which, among other things, granted third-party plaintiff Greenway's motion for summary judgment against third-party defendant UAD Group, unanimously affirmed, with costs.

There is no question that UAD was the actual party responsible for plaintiff Yu's injury, and that UAD was contractually required to indemnify third-party plaintiff Little Rest for, among other things, any "losses and expenses, including . . . attorneys' fees." Little Rest assigned to Greenway its right to contractual indemnity from UAD. Accordingly, the motion court correctly determined that UAD must pay to Greenway the settlement amount Greenway paid to plaintiff, plus interest, as well as the attorneys' fees Greenway incurred in defending Little Rest in the first-party action. UAD's assertion that it has no obligation to pay unless and until Little Rest itself makes a payment toward the settlement amount or Greenway's attorneys' fees, is unavailing.

We have considered UAD's remaining arguments and find them unavailing. Concur—Friedman, J.P., Renwick, Saxe and Kapnick, JJ.